UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ARMANDO BARAJAS, | No. ED CV 07-00741-VBF (VBK) |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| SAN BERNARDINO SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

On April 13, 2009, the Court issued an Order Requiring Plaintiff to Notify Court of Current Address. The Court Order specified that if Plaintiff failed to advise the Court of his current address within 15 days of the Order, the Court would issue an Order to Show Cause re Dismissal for want of prosecution. As of this date, Plaintiff has failed to comply with the Court's Order.

Accordingly, on or before May 26, 2009, Plaintiff is **ORDERED** to show good cause, if any, why he has failed to notify the Court of his current address in accordance with the Court's April 13, 2009 Order and why this action should not be dismissed for

1

failure to comply with a Court Order and/or failure to prosecute. Plaintiff shall attempt to show good cause by filing a Declaration under penalty of perjury containing the information required by the Court's April 13, 2009 Order.

The Court admonishes Plaintiff that his failure to file a declaration responsive to this Order to Show Cause will be deemed by the Court as another violation of a Court Order and as further evidence of his lack of prosecution and will result in a recommendation to the District Judge that the action be dismissed on those grounds. See Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, reh'g denied 371 U.S. 873, 83 S.Ct. 115 (1962); Fed.R.Civ.P. 41(b).

DATED: May 5, 2009                          /s/
                                     VICTOR B. KENTON
                                     UNITED STATES MAGISTRATE JUDGE